IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEX CARDENAS and ZACHARY TORRES, et al., all individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>LOWE'S HIW, INC., and DOES 1-10 inclusive,<br><br>Defendants. | 1:09-cv-1179 AWI GSA<br><br>ORDER GRANTING PRO HAC VICE APPLICATION OF RICHARD BURCH<br><br>(Document No. 11) |

On August 18, 2009, attorney Richard Burch filed an application to appear pro hac vice as counsel for Plaintiffs Alex Cardenas and Zacahary Torres, pursuant to the provisions of Local Rule 83-180(b)(2). The application appearing in order and the requisite fee having been paid, the application is hereby GRANTED.

IT IS SO ORDERED.

Dated: **August 19, 2009**          /s/ **Gary S. Austin**
                                    UNITED STATES MAGISTRATE JUDGE

-1-