IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ZACHARY TORRES and ALEX CARDENAS, all individually, on behalf of all others similarly situated, | CASE NO. 1:09-cv-1179 AWI GSA |
| Plaintiff, | **ORDER TO TRANSFER ACTION** |
| vs. | |
| LOWE'S HIW, INC., a Washington Corporation; and DOES 1 through 10 inclusive, | |
| Defendant. | |

Based on the parties' stipulation and good cause, this Court TRANSFERS this action to the United States District Court for the Central District of California. This Court further:

1. DIRECTS the clerk to take necessary action to transfer this action to the United States District Court for the Central District of California;

2. VACATES all pending dates before this Court, including the January 20, 2010 scheduling conference;

3. The United States District Court for the Central District of California is advised that the parties have stipulated and requested that this matter be consolidated with Michael Meyer v. Lowe's HIW, Inc. et al., CV-09-6962- DDP (Rzx) an existing case within the Central District.

IT IS SO ORDERED.

Dated: **November 13, 2009**   /s/ **Gary S. Austin**
UNITED STATES MAGISTRATE JUDGE

1