Phillip J. Eskenazi (SBN 158976)
peskenazi@hunton.com
**HUNTON & WILLIAMS LLP**
550 South Hope Street, Suite 2000
Los Angeles, California 90071-2627
Telephone: (213) 532-2000
Facsimile: (213) 532-2020

Attorneys for Defendant
LOWE'S HIW, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ZACHARY TORRES and ALEX CARDENAS, individually and on behalf of others similarly situated;<br><br>Plaintiffs,<br><br>v.<br><br>LOWE'S HIW, INC. and DOES 1-10, inclusive,<br><br>Defendant(s). | Case No.: CV-09-8354-VBF (SSx)<br><br>**NOTICE OF RELATED CASE**<br><br><br><br>Complaint Filed: July 8, 2009 |

NOTICE OF RELATED CASE

**TO ALL PARTIES, THEIR ATTORNEYS OF RECORD, AND THE CLERK OF THE UNITED STATES DISTRICT COURT:**

**PLEASE TAKE NOTICE** that pursuant to Local Rule 83-1.3.1, Defendant Lowe's HIW, Inc. ("LHIW") hereby gives notice of the following related case currently pending in the United States District Court for the Central District of California: *Meyer vs. Lowe's HIW, Inc.*, Case No. CV-09-6962-DDP (RZx) ("*Meyer* Action"), assigned to the Honorable Dean D. Pregerson.

Plaintiffs in the above-captioned action and the plaintiff in the *Meyer* Action were all employed by LHIW, and each seeks to represent a class consisting of current and former salaried employees of LHIW in the state of California who held the position of Loss Prevention Manager ("LPM").

Plaintiffs in the above-captioned action and the plaintiff in the *Meyer* Action both seek unpaid overtime for themselves and the alleged putative class for the same time period, among other claims.

Furthermore, the United States District Court for the Eastern District of California transferred the above-captioned action to this Court because of the related nature of the above-captioned action and the *Meyer* Action.

While LHIW believes that the overtime exemption issues in the instant action and the *Meyer* Action will turn on the individual facts pertinent to each LPM, there is potential overlap between some of the legal issues, facts, and defenses in the two cases such that the two cases may call for determination of substantially the same questions of law and fact, including, but not limited to, class certification proceedings.

DATED: November 20, 2009     **HUNTON & WILLIAMS LLP**

By: /s/ Phillip J. Eskenazi
Phillip J. Eskenazi
Attorneys for Defendant
LOWE'S HIW, INC.