Lodged Order

Name and address:
Richard J. Burch
Bruckner Burch PLLC
1415 Louisiana, Suite 2125
Houston, Texas 77002

FILED
10 JAN 15 PM 12: 26
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY: NL

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| ZACHARY TORRES and ALEX CARDENAS Plaintiff(s) v. LOWE'S HIW, INC. Defendant(s). | CASE NUMBER CV09-8354 VBF (SSx) APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE |
|---|---|

NOTICE: Effective June 1, 2004, the fee for *Pro Hac Vice* Appearance is $185.00 for **each case** application. Please submit the fee with your application. Pursuant to Local Rule 83-2.4, submission of this application and the fee is waived for attorneys for the United States, its departments and agencies with Appointment Affidavits on file with the Clerk. If no Appointment Affidavit is on file, submission of the application is required.

A **CERTIFICATE OF GOOD STANDING** for the applicant from the state for which the applicant is a member of the bar, and which has been issued within 30 days, must be attached to this application.

I, Richard J. Burch, hereby apply to the Court under Local Rule 83-2.8.2 for permission to appear and participate in the above-entitled action on behalf of ☑ Plaintiff ☐ Defendant: Zachary Torres and Alex Cardenas by whom I have been retained.

My *out-of-state* business information is as follows:
Bruckner Burch PLLC
*Firm Name*

1415 Louisiana Street, Suite 2125
*Street Address*

Houston, Texas 77002
*City, State, Zip*

rburch@brucknerburch.com
*E-Mail Address*

713-877-8788
*Telephone Number*

713-877-8065
*Fax Number*

I am a member in good standing and eligible to practice before the following courts:

| Title of Court | Date of Admission |
|---|---|
| Northern District Court of Illinois | August 7, 2009 |
| Central District Court of Illinois | August 4, 2009 |
| Western District Court of Texas | November 29, 2005 |
| United State Court of Appeal for the Fifth Circuit(Cont. on Ex. A) | March 29, 2005 |

PAID
JAN 15 2010
CD0848

I am not a resident of, nor am I regularly employed, engaged in business, professional or other activities in the State of California. I am not currently suspended or disbarred in any court.

G-64 (09/08)   APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE   PAGE 1 of 2

I have concurrently, or within three (3) years of this application, made *Pro Hac Vice* applications to this Court in the following actions:

| Case Number | Ttitle of Action | Date of Application | Application Granted or Denied |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

If any *Pro Hac Vice* applications submitted within three (3) years of this application have been denied by the Court, please explain:




I designate  Stuart R. Chandler  as local counsel, whose business information is as follows:

Stuart Chandler Law firm
*Firm Name*

761 East Locust, Suite 101
*Street Address*

Fresno, California 93720                    stuart@chandlerlaw.com
*City, State, Zip*                                                                *E-Mail Address*

559-431-7770                                        559-431-7778
*Telephone Number*                                        *Fax Number*

who is a member in good standing of the Bar of this Court and maintains an office in the Central District of California for the practice of law, as the attorney with whom the Court and opposing counsel may readily communicate regarding the conduct of this case, and upon whom papers may be served.

I declare under penalty of perjury that the foregoing is true and correct and that I am familiar with the Local Rules, the Local Criminal Rules, the F.R. Civ. P., the F.R. Crim. P., and the F.R. Evidence.

Dated  12/7/2009

Richard J. Burch
*Applicant's Name (please print)*

*Applicant's Signature*

I hereby consent to the foregoing designation as local counsel.

Dated  12/24/09

Stuart R. Chandler
*Designee's Name (please print)*

*Designee's Signature*

086969
*Designee's California State Bar Number*

**NOTE: COUNSEL AND PARTIES ARE REMINDED TO SUBMIT A COMPLETED *ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE* (G-64 ORDER) ALONG WITH THIS APPLICATION.**

---

| Title of Court | Date of Admission |
|---|---|
| Northern District Court of Texas | September 22, 2004 |
| Eastern District Court of Texas | September 21, 2000 |
| Southern District Court of Texas | November 25, 1997 |

Exhibit A

# STATE BAR OF TEXAS



*Office of the Chief Disciplinary Counsel*

December 1, 2009

Re:   Richard Jennings Burch, State Bar Number 24001807

To Whom It May Concern:

This is to certify that Mr. Richard Jennings Burch was licensed to practice law in Texas on November 7, 1997 and is an active member in good standing with the State Bar of Texas. "Good standing" means that the attorney is current on payment of Bar dues and attorney occupation tax; has met Minimum Continuing Legal Education requirements; and is not presently under either administrative or disciplinary suspension.

No previous disciplinary sanctions have been entered against Mr. Burch's law license.

Sincerely,

Linda A. Acevedo
Chief Disciplinary Counsel

LA/es

