Richard J. Burch
Bruckner Burch PLLC
1415 Louisiana, Suite 2125
Houston, Texas 77002

LODGED

10 JAN 15 PM 12:26

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

FILED
CLERK, U.S. DISTRICT COURT

JAN 21 2010

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ZACHARY TORRES and ALEX CARDENAS<br>Plaintiff(s)<br>v.<br>LOWE'S HIW, INC.<br>Defendant(s). | CASE NUMBER   DDP(RZx)<br>CV09-8354 ~~VBF(SSx)~~<br><br>ORDER ON<br>APPLICATION OF NON-RESIDENT<br>ATTORNEY TO APPEAR IN A SPECIFIC CASE |

The Court, having reviewed the accompanying Application of <u>Richard J. Burch</u>,
Applicant's Name

of <u>Bruckner Burch PLLC   1415 Louisiana Street, Suite 2125 Houston Texas 77002</u>
Firm Name / Address

713-877-8788                                                       rburch@brucknerburch.com

Telephone Number                                                    E-mail Address

for permission to appear and participate in the above-entitled action on behalf of  ☒ Plaintiff   ☐ Defendant

<u>Zachary Torres and Alex Cardenas</u>

and the designation of <u>Stuart R. Chandler    State Bar ID No. 088969</u>
Local Counsel Designee /State Bar Number

of     <u>Stuart R. Chandler Law Firm 761 East Locust, Suite 101 Fresno, California 93720</u>
Local Counsel Firm / Address

559-431-7770                                                       stuart@chandlerlaw.com
Telephone Number                                                    E-mail Address

as local counsel, hereby **ORDERS** the Application be:

☒ GRANTED

☐ DENIED. Fee, if paid, shall be returned by the Clerk.

Dated  1-21-10                              _____
                                             U. S. District Judge/U.S. ~~Magistrate~~ Judge